No. 627. PENNSYLVANIA TURNPIKE COMMISSION *v.* GERR ET AL. C. A. 3d Cir. Certiorari denied. *George H. Hafer* for petitioner. *Solomon Hurwitz* and *Macey E. Klein* for respondents.

No. 628. SCHULTZ ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *William A. Blank* and *Robert C. Zampano* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Leonard* and *Morton Hollander* for the United States.

No. 630. PRICE *v.* FLEMMING, SECRETARY OF HEALTH, EDUCATION AND WELFARE, ET AL. C. A. 3d Cir. Certiorari denied. *Towson Price,* petitioner, *pro se. Solicitor General Cox, Acting Assistant Attorney General Leonard* and *John G. Laughlin, Jr.* for Flemming, respondent.

No. 632. BOSTON & MAINE RAILROAD *v.* HALL, EXECUTRIX. C. A. 1st Cir. Certiorari denied. *James R. DeGiacomo* for petitioner. *William B. Sleigh, Jr.* for respondent.

No. 636. VON CSEH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner. *Frank S. Hogan, Richard G. Denzer* and *H. Richard Uviller* for respondent.

No. 637. LOS ANGELES HOTEL-RESTAURANT EMPLOYER-UNION WELFARE FUND *v.* BOWIE, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Walter N. Anderson* for petitioner. *Francis F. Quittner* for respondent.